IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOE HAND PROMOTIONS, INC.,

Plaintiff,

v.

BARNATO, LLC; EAB PRODUCTIONS,
LLC; JSP PRODUCTIONS, LLC; ETHAN
A. BONDELID; JASON C. PITTACK; and
SHELBI A. PITTACK,

Defendants.

**8:24CV449**

**AMENDED
JUDGMENT**

In accordance with the Memorandum and Order (Filing No. 16) entered on July 15, 2025, and the Memorandum and Order (Filing No. 22) entered today, default judgment is entered in favor of plaintiff Joe Hand Promotions, Inc., and against defendants Barnato, LLC; EAB Productions, LLC; JSP Productions, LLC; Ethan A. Bondelid; Jason A. Pittack; and Shelbi A. Pittack.  *See* Fed. R. Civ. P. 55, 58.  Joe Hand Promotions, Inc., is awarded $10,000 in statutory damages, $505.04 in costs, and $3,900 in attorney fees.

Dated this 24th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge